**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

No. 04-1006

LEROY M. THURSTON, JR.,

Plaintiff - Appellant,

versus

HERBERT BESKINS; STEVE BENNETT; HELEN P.
PARRISH,

Defendants - Appellees,

and

BILL MOORE; JESSE FRANKLIN,

Defendants.

Appeal from the United States District Court for the Western
District of Virginia, at Charlottesville. Norman K. Moon, District
Judge. (CA-03-61)

Submitted: March 8, 2004              Decided: May 10, 2004

Before WILLIAMS, TRAXLER, and DUNCAN, Circuit Judges.

Affirmed by unpublished per curiam opinion.

Leroy M. Thurston, Jr., Appellant Pro Se. Linda Davis Frith,
FRITH, ANDERSON & PEAKE, Roanoke, Virginia; James Morton Bowling,
IV, ST. JOHN, BOWLING & LAWRENCE, Charlottesville, Virginia; Kevin
Robert Huennekens, MALONEY, HUENNEKENS, PARKS, GECKER & PARSONS,

Richmond, Virginia; Peter John Barrett, KUTAK ROCK, L.L.P., Richmond, Virginia, for Appellees.

_____

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

Leroy M. Thurston, Jr., appeals the district court's order denying relief on his civil action. We have reviewed the record and find no reversible error. Accordingly, we deny Thurston's motion for counsel and affirm on the reasoning of the district court. See <u>Thurston v. Beskins</u>, No. CA-03-61 (W.D. Va. Nov. 24, 2003). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

<u>AFFIRMED</u>